KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00757 PJH |
|    Plaintiff, ) | PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM DECEMBER 7, 2005 THROUGH JANUARY 4, 2006 UNDER THE SPEEDY TRIAL ACT |
|    v. ) | |
| KENNETTA HANN, ) | |
|    Defendant. ) | |
| | Honorable Phyllis J. Hamilton |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared on the instant matter on December 7, 2005 before the Honorable Phyllis J. Hamilton..

   2. At the December 7, 2005 appearance, Josh Cohen, counsel for the defendant, indicated that he recently received discovery and would like time to review discovery with his client. Further, the parties indicated that they are conducting discussions in order to resolve the matter, requested that the matter be continued until January 4, 2006 at 1:30 p.m., and requested that the time period from December 7, 2005 through January 4, 2006 be excluded from the calculation of time under the Speedy Trial Act.

   3. In light of the foregoing facts, the failure to grant the requested exclusion would

1

1  unreasonably deny counsel for the defense the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
3  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
4  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
5  3161(h)(8)(A).
6      4.  For the reasons stated, the time period from December 7, 2005 through January 4, 2006
7  shall be excluded from the calculation of time under the Speedy Trial Act.
8      SO STIPULATED.
9  DATED:      12/7/05                    KEVIN V. RYAN
                                          United States Attorney

12                                        _____/s/_____
                                          MICHELLE MORGAN-KELLY
                                          Assistant United States Attorney

14  DATED:      12/8/05                   _____/s/_____
15                                        JOSH COHEN
                                          Assistant Federal Public Defender

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:  12/12/05                      _____
20                                        HON.  PHYLLIS J. HAMILTON
                                          United States District Court Judge

STIPULATION AND PROPOSED ORDER
No.  CR 05-00550-MHP

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   The undersigned hereby certifies that she is an employee of the office of the United States

3   Attorney, Northern District of California and is a person of such age and discretion to be

4   competent to serve papers.  The undersigned certifies that she caused copies of

5
6   **PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM DECEMBER 7, 2005 THROUGH JANUARY 4, 2005 UNDER THE SPEEDY TRIAL ACT**
7

8   in the case of **UNITED STATES V. KENNETTA HANN, CR 05-00757 PJH** to be served on

9   the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows

10  which is the last known address:

11
12  **Josh Cohen, Esq.**
    **Federal Public Defender's Office**
    **450 Golden Gate Avenue**
13  **San Francisco, CA  94102**

14
15  __X__  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

16  ____  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.
17

18  ____  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

19  ____  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.
20
21  I declare under penalty of perjury that the foregoing is true and correct.

22  Dated:   December 7, 2005

23                                              _____/s/_____
                                                RAWATY YIM
24                                              United States Attorney's Office

25
26
27
28

STIPULATION AND PROPOSED ORDER
No.  CR 05-00550-MHP