KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00757 PJH |
|    Plaintiff, ) | PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM DECEMBER 6, 2005 THROUGH DECEMBER 7, 2005 UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| KENNETTA HANN, ) | |
|    Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared on the instant matter on December 6, 2005 before the Honorable Elizabeth D. Laporte, United States Magistrate Judge, for an arraignment on the indictment.

   2. At the December 6, 2005 appearance, the matter was put over for an initial appearance before the Honorable Phyllis J. Hamilton on December 7, 2005.  Counsel for the defendant, Josh Cohen, indicated that he had received discovery from the government and was discussing that discovery with his client, and asked that the time from December 6, 2005 through December 7, 2005 be excluded from the calculation of time under the Speedy Trial Act for effective preparation of counsel.

   3.  In light of the foregoing facts, the failure to grant the requested exclusion would

1 unreasonably deny counsel for the defense the reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
3 (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
4 These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
5 3161(h)(8)(A).
6     4. For the reasons stated, the time period from December 6, 2005 through December 7, 2005
7 shall be excluded from the calculation of time under the Speedy Trial Act.
8     SO STIPULATED.
9 DATED:      12/9/05                    KEVIN V. RYAN
                                         United States Attorney

12                                       _____/s/_____
                                         MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney

14 DATED:     12/12/05                   _____/s/_____
15                                       JOSH COHEN
                                         Assistant Federal Public Defender

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED: December 13, 2005              _____
20                                       HON. ELIZABETH D. LAPORTE
                                         United States Magistrate Judge

[GRANTED — Elizabeth D. Laporte, Judge Elizabeth D. Laporte, United States District Court, Northern District of California]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM DECEMBER 6, 2005 THROUGH DECEMBER 7, 2005 UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. KENNETTA HANN, CR 05-00757 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Josh Cohen**
**Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

 X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 12, 2005

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP