1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOSH COHEN
Assistant Federal Public Defender
3 | 19th Floor Federal Building
450 Golden Gate Avenue
4 | San Francisco, CA 94102
(415) 436-7700
5 |
Counsel for Defendant HANN
6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA, ) No. CR-05-0757 PJH
)
12 | Plaintiff, ) STIPULATION AND [P~~ROPOSE~~D]
) ORDER TO CONTINUE TRIAL SETTING
13 | v. )
)
14 | KENNETTA HANN, )
)
15 | Defendant. )
_____)
16 |
17 |     Defendant Kennetta Hann is charged by indictment with a single count of being a felon in
18 | possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The parties made their initial
19 | appearance before this Court on December 7, 2005, and the matter was set for status and trial
20 | setting on January 4, 2006.
21 |     The government has produced, and defense counsel is reviewing, written discovery. In
22 | addition, the parties have engaged in settlement discussions and will be meeting this week in
23 | furtherance of a negotiated disposition.
24 |     Defense counsel will be out of state on January 4, 2006. Accordingly, the parties agree
25 | and stipulate to a one-week continuance, such that Ms. Hann's appearance on January 4, 2006
26 | ///

CR 05-0757 PJH; STIP TO CONTINUE TRIAL
SETTING     1

1 shall be continued to January 11, 2006 at 1:30 PM.

2     IT IS SO STIPULATED.

3 Dated: December 28, 2005        _____/S/_____
                                                 BARRY J. PORTMAN
4                                                  Federal Public Defender
                                                 JOSH COHEN
5                                                  Assistant Federal Public Defender

6

7 Dated: December 29, 2005        _____/S/_____
                                                 KEVIN V. RYAN
                                                 United States Attorney
8                                                  MICHELLE MORGAN-KELLY
                                                 Assistant United States Attorney

9

10     Accordingly, for the reasons stated and for good cause shown, it is hereby ORDERED

11 that the appearance in this matter for status and trial setting on January 4, 2006 shall be continued

12 to January 11, 2006 at 1:30 PM.

13     IT IS SO ORDERED.

14 Dated: 1/3/06                            _____
                                               PHYLLIS J. HAMILTON
15                                                UNITED STATES DISTRICT JUDGE