```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00757 PJH |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | [~~PROPOSED~~] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND |
| ) | EXCLUDING TIME FROM JANUARY 4, |
| KENNETTA HANN, ) | 2006 THROUGH JANUARY 11, 2006 |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |

Honorable Phyllis J. Hamilton

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on December 7, 2005 before the Honorable Phyllis J. Hamilton, and the matter was continued until January 4, 2006.

2. By written stipulation, the parties subsequently agreed to, and the Court granted, an additional continuance until January 11, 2006, due to the fact that Assistant Federal Public Defender Josh Cohen would be unavailable on January 4, 2006. At the January 11, 2006 appearance, the parties requested that the period from January 4, 2006 until January 11, 2006 be excluded for continuity of counsel.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv).

1

1 | The ends of justice would be served by the Court excluding the proposed time period.  These
2 | ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
3 | 3161(h)(8)(A).

4. For the reasons stated, the time period from January 4, 2006 until January 11, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 1/13/06

KEVIN V. RYAN
United States Attorney

_____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 1/18/06

_____/s/_____
JOSH COHEN
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/19/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JANUARY 4, 2006 THROUGH JANUARY 11, 2006**

in the case of **UNITED STATES V. KENNETTA HANN, CR 05-00757 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Josh Cohen, Esq.**
**Federal Public Defender's Office**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     January 17, 2006

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
No. CR 05-00757 PJH