```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, California 94102
        Telephone: (415) 436-6960
 7      Fax: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00757 PJH |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | [P~~ROPOSE~~D] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND |
| ) | EXCLUDING TIME FROM JANUARY 25, |
| KENNETTA HANN, ) | 2006 THROUGH FEBRUARY 1, 2006 |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |

Honorable Phyllis J. Hamilton

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter on January 25, 2006 before the Honorable Phyllis J. Hamilton, and the matter was continued until February 1, 2006 for status or change of plea. During that time, counsel for the defendant will discuss the ramifications of a potential plea with defendant.

    2. Accordingly, at the January 25, 2006 appearance, the parties requested that the period from January 25, 2006 until February 1, 2006 be excluded for effective preparation of counsel.

    3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny the defendant effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed

1

time period.  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

    4.  For the reasons stated, the time period from January 25, 2006 until February 1, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED:    1/25/06                                KEVIN V. RYAN
                                                    United States Attorney

                                                    _____/s/_____
                                                    MICHELLE MORGAN-KELLY
                                                    Assistant United States Attorney

DATED:    1/25/06                                _____/s/_____
                                                    JOSH COHEN
                                                    Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    1/27/06                                _____
                                                    HON. PHYLLIS J. HAMILTON
                                                    United States District Court Judge

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | The undersigned hereby certifies that she is an employee of the office of the United States |
| 3 | Attorney, Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers. The undersigned certifies that she caused copies of |

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JANUARY 25, 2006 THROUGH FEBRUARY 1, 2006 UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. KENNETTA HANN, CR 05-00757 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Josh Cohen, Esq.**
**Federal Public Defender's Office**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2006

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP