JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CASBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637–3924
   Facsimile (510) 637-3724
   chinhayi.cadet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0757 PJH |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER COMMITTING DEFENDANT TO HALFWAY HOUSE FOR UP TO 30 DAYS |
| KENNETTA HANN, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER

In a supervised release violation case, the defendant has the burden to show by clear and convincing evidence that she is not a threat to the community or a flight risk. 18 U.S.C. § 3143. Following a hearing under 18 U.S.C. § 3142, the Court finds that Defendant Kennetta Hann's ("Defendant's") conditions of supervised release need to be modified to mitigate the risk of flight and danger to the community. The Court makes this finding without prejudice to Defendant's ability to raise the issue of the terms of her release at a future hearing.

The Court orders that Defendant's existing terms of supervision remain in effect, and that commitment to a halfway house for up to 30 days is made an additional term of her supervision. The Court orders Defendant committed to a halfway house in San Francisco effective Monday,

[~~PROPOSED~~] ORDER
CR 05-0757 PJH

1 February 15, 2010 for up to 30 days. Defendant may continue her present employment while
2 residing at the halfway house. Pre-Trial Services will make the referral of Defendant to the
3 halfway house in San Francisco, and U.S. Probation will conduct the supervision of Defendant.

IT IS SO ORDERED.

DATED: February 11, 2010

_____
LAUREL BEELER
United States Magistrate Judge